IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GERALD LEE THOMAS, #02223363, | ) ) ) |
| Plaintiff, | ) ) |
| VS. | ) ) |
| BIG DADDYS CONVIENANT STORE, ET AL., | ) ) ) ) |
| Defendants. | ) |

CIVIL ACTION NO.

3:24-CV-3156-G-BT

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge,[*] in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the court. By separate judgment, the plaintiff's case will be **DISMISSED**.

**SO ORDERED**.

February 3, 2025.

*(signature)*
**A. JOE FISH**
**Senior United States District Judge**

---

[*] No objections were filed.